866 A.2d 253

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**James A. HICKEY, Respondent.**

**No. 829 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 13, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 13th day of December, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board dated August 25, 2004, it is hereby

ORDERED that James A. Hickey be and he is suspended from the Bar of this Commonwealth for a period of six months, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.